## THE FINANCE DISCOUNT COMPANY *v.* ROSE T. NEARY ET AL.
### (11005)

DUPONT, C. J., O'CONNELL and FREEDMAN, Js.

Submitted on briefs September 15—decision released October 20, 1992

*Richard B. Laschever* filed a brief for the appellants (defendants).

*Neil E. Atlas* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.